UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NICHOLAS G. CHRISTAKIS,

                Plaintiff,

-against-                                            JUDGMENT
                                                      05 CV 1953 (JG)

GLOBAL CONSULTANTS DIRECT, INC., et al.,,

                Defendant,
-----------------------------------------------------------X

      An Order of Honorable John Gleeson, United States District Judge, having filed on August 6, 2008, adopting the Report and Recommendation of Magistrate Steven M. Gold dated July 1, 2008 and the Supplement to the Report and Recommendation dated July 18, 2008, directing the Clerk to enter judgment in favor of the plaintiff against Global Consultants Direct Inc., in the amount of $0 and enter judgment in favor of the remaining defendants, Franchise Capital Company, Paul Badamo, and John Lanciotti; it is,

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Gold is adopted; that judgment is entered in favor of plaintiff against the defendant, Global Consultants Direct. Inc., in the amount of $0; and that judgment is entered in favor of the remaining defendants, Franchise Capital Company, Paul Badamo and John Lanciotti.

     Dated: Brooklyn, New York
             August 8, 2008

                                                                 s/Robert C. Heinemann
                                                                 ROBERT C. HEINEMANN
                                                                Clerk of Court

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 11 2008 ★
BROOKLYN OFFICE